FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 05 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YEE TING LAU, *on behalf of herself and others similarly situated,*

                Plaintiff,

-against-

NOW HEALTH GROUP, INC.,

                Defendant.

---

Case No.: 17-cv-3992

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party

For the Defendant:

By:_____
Stefanie J. Fogel, Esq.
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
Telephone: (617) 406-6053
Fax: (215) 606-3364
stefanie.fogel@dlapiper.com

Date:  June 4, 2018

SO ORDERED  s/WFK
_____
U.S.D.J.

For the Plaintiff:

By:_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 6/4/18

June 4, 2018
_____
Dated